## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
RAYMOND L HARRIS  
DIANE E HARRIS  
738 W FERNWOOD DR  
TORONTO, OH  43964  

DIANE E HARRIS  
738 W FERNWOOD DR  
TORONTO, OH  43964  

SSN(S):   XXX-XX-0757  
          XXX-XX-7959  

Case No:   08-57444

Judge:    John E. Hoffman Jr.

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   October 05, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| ELITE RECOVERY SERVICE<br>701 SENECA ST 4TH FL<br>BUFFALO, NY  14210 | 0.74 |